# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **JAMES C.**, individually and on behalf of M.C., a minor,<br><br>Plaintiff,<br><br>v.<br><br>**ANTHEM BLUE CROSS AND BLUE SHIELD**, and the **CFA INSTITUTE KEYCARE MEDICAL PLAN**,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-38<br><br>Judge Clark Waddoups |

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's June 21, 2021 Order granting Defendants' Motion for Summary Judgment, this action is dismissed **WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this action.

DATED this 21st day of June, 2021.

BY THE COURT:

_____
Clark Waddoups
United States District Judge